IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUANJA EDWARD ANDERSON,

    Petitioner,        No. CIV-S-05-1609 GEB KJM P

  vs.

ROSEANNE CAMPBELL, et al.,

    Respondents.      FINDINGS AND RECOMMENDATIONS

                         /

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has filed a motion asking that the court stay this matter while he exhausts state court remedies with respect to certain claims.

        In Rhines v. Weber, 544 U.S. 269, 125 S.Ct. 1528, 1535 (2005), the Supreme Court recognized the district court's authority to stay a mixed petition for writ of habeas corpus if the court finds good cause for petitioner's failure to exhaust earlier, as well as merit to the claims petitioner is seeking to exhaust.

        Petitioner has not yet exhausted state court remedies with respect to claims one and two presented in his application for writ of habeas corpus. See Order filed October 28, 2005. In claim one, petitioner asserts his conviction was obtained by the use of evidence gathered

/////

1

during an unlawful search and seizure.  In claim two, petitioner asserts he was denied effective assistance of counsel.

Claim one lacks merit.  Where a state provides an opportunity to litigate a Fourth Amendment claim, that claim cannot be raised in an application for writ of habeas corpus under 28 U.S.C. § 2254.  <u>Stone v. Powell</u>, 428 U.S. 465, 489-95 (1976).  Petitioner has not alleged anything to indicate he was unable to litigate his Fourth Amendment claim despite the availability of process in the state courts for doing so.

With respect to petitioner's ineffective assistance of counsel claim, petitioner fails to allege anything suggesting trial counsel's performance fell below an objective standard of reasonableness or that counsel did anything to prejudice petitioner's case.  Therefore, petitioner also is precluded from obtaining relief on his ineffective assistance of counsel claim under <u>Strickland v. Washington</u>, 466 U.S. 668 (1984).

Because grounds one and two in petitioner's application for writ of habeas corpus lack merit, the court will recommend that petitioner's request for a stay be denied.

In accordance with the above, IT IS HEREBY RECOMMENDED that:

1.  Petitioner's November 7, 2005 motion for a stay be denied; and

2.  Respondents be ordered to file an answer with respect to claims three and four of petitioner's application for writ of habeas corpus.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised

/////

/////

1  that failure to file objections within the specified time may waive the right to appeal the District
2  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
3  DATED: May 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

1
ande1609.157