**FILED**

OCT 17 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUANJA EDWARD ANDERSON,

　　　　Petitioner,　　　　　　No. CIV S-05-1609 GEB KJM P

　　vs.

ROSEANNE CAMPBELL, et al.,

　　　　Respondents.　　　　　ORDER
_____/

　　　　Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////
/////
/////
/////
/////
/////

1   Accordingly, IT IS HEREBY ORDERED that petitioner's September 18, 2006
2  motion for appointment of counsel is denied without prejudice to a renewal of the motion at a
3  later stage of the proceedings.
4  DATED: 10/16/06

   _____
   UNITED STATES MAGISTRATE JUDGE

8  /mp;ande1609.110