1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TUANJA EDWARD ANDERSON,

12              Petitioner,                    2:05-cv-1609-GEB-KJM-P

13        vs.

14   ROSEANNE CAMPBELL, et al.,

15              Respondents.              ORDER

16   _____/

17              Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

18   this court's denial of his application for a writ of habeas corpus.  Before petitioner can appeal this

19   decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

20              A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

21   applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

22   § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues

23   satisfy the required showing or must state the reasons why such a certificate should not issue.

24   Fed. R. App. P. 22(b).

25   /////

26   /////

                                            1

1        For the reasons set forth in the magistrate judge's findings and recommendations,

2   petitioner has not made a substantial showing of the denial of a constitutional right.  Accordingly,

3   a certificate of appealability should not issue in this action.

4        IT IS SO ORDERED.

5   Dated:  June 8, 2009

6

7   _____

8   GARLAND E. BURRELL, JR.
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26